FISK V D&T TOOL & MACHINES, INC, No. 137707; Court of Appeals No. 286470.

PEOPLE V TELLIS, No. 137717; Court of Appeals No. 287764.

CREDIGY RECEIVABLES, INC V TOWNSLEY, No. 137726; Court of Appeals No. 280027.

PEOPLE V KARES, No. 137729; Court of Appeals No. 287525.

JAMISON V WILLIAMS, No. 137743; Court of Appeals No. 285061.

PEOPLE V DUNIGAN-SNELL, No. 137745; Court of Appeals No. 280522.

PEOPLE V BRACK RUCKER, No. 137747; Court of Appeals No. 287715.

PEOPLE V YONKEY, No. 137748; Court of Appeals No. 287539.

EDEN V JP MORGAN CHASE BANK, No. 137750; Court of Appeals No. 285225.

PEOPLE V COCHRANE, No. 137752; Court of Appeals No. 275321.

PEOPLE V DEPUTY, No. 137753; Court of Appeals No. 280258.

GONZALES V GENERAL MOTORS CORPORATION, No. 137759; Court of Appeals No. 286328.

PEOPLE V ETHERTON, No. 137762; Court of Appeals No. 277459.

PEOPLE V GOODSPEED, No. 137764; Court of Appeals No. 287376.

PEOPLE V HALLIBURTON, No. 137767; Court of Appeals No. 287946.

PEOPLE V ABBEY, No. 137771; Court of Appeals No. 287611.

PEOPLE V LARRY JONES, No. 137773; Court of Appeals No. 287373.

BURNETT V GENERAL MOTORS CORPORATION, No. 137780; Court of Appeals No. 288091.

DORSEY V DELPHI CORPORATION, No. 137781; Court of Appeals No. 286199.

PEOPLE V WEAVER, No. 137784; Court of Appeals No. 287596.

PEOPLE V CHAABAN, No. 137785; Court of Appeals No. 274509.

PEOPLE V MOSCOW, No. 137786; Court of Appeals No. 287795.

PEOPLE V CRAIG WILEY, No. 137790; Court of Appeals No. 287555.

PEOPLE V GRISHAM, No. 137797; Court of Appeals No. 276414.

PEOPLE V ORLANDO EDWARDS, No. 137801; Court of Appeals No. 287796.

PEOPLE V ELICE ARNOLD, No. 137802; Court of Appeals No. 286736.

PEOPLE V RHODES, No. 137803; Court of Appeals No. 287612.